FILED: August 20, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1679
(A208-677-601)
_____

SANDRA YESENIA ESCOBAR-AMAYA

    Petitioner

v.

PAMELA JO BONDI, Attorney General

    Respondent

_____

O R D E R
_____

This case is currently calendared for oral argument on September 11, 2025.

For reasons appearing to the court, this case is removed from the oral argument calendar and submitted for a decision on the briefs pursuant to Fed. R. App. P. 34(a)(2) and Local Rule 34(a).

    For the Court

    /s/ Nwamaka Anowi, Clerk